UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANGEL ORTIZ DIAMOND II,<br><br>Plaintiff,<br><br>v.<br><br>CLARK FAMILY COMPANY, et. al.,<br><br>Defendants.<br>_____/ | No. 3:15-cv-03152-LB<br><br>**ORDER OF TRANSFER** |

The plaintiff, proceeding in pro se, filed this action complaining of events that occurred in Los Angeles. The plaintiff alleges that he resides in Los Angeles. The events alleged in the complaint took place within the venue of the Central District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore is proper in the Central District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: July 24, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER OF TRANSFER
3:15- cv-03152- LB