JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ANGEL ORTIZ DIAMOND,** | )<br>) |
| Plaintiff, | )<br>) Case No. CV 15-05676 CAS (AJW) |
| v. | )<br>) **ORDER DISMISSING ACTION** |
| **CLARK FAMILY CO., et al.,** | )<br>) |
| Defendants. | ) |

On October 29, 2015, an order was filed denying plaintiff's request to proceed in forma pauperis ("IFP") and giving him 30 days in which to pay the full filing fee of $400.00. The order stated: "If plaintiff fails to pay the full filing fee within 30 days, this case **shall be dismissed.**" [Docket No. 11].

More than 30 days have elapsed since that order was filed, and plaintiff has not paid the full filing fee. Accordingly, this action is **dismissed**.

**IT IS SO ORDERED.**

DATED: January 7, 2016

_____
CHRISTINA A. SNYDER
United States District Judge